NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE CITY OF HOUSTON

---

### 2012-1356
### (Serial No. 77/660,948)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

The City of Houston moves without opposition for a 50-day extension of time, until December 14, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

IN RE CITY OF HOUSTON                                              2

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s27